UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

PRO SE PRISONER CIVIL RIGHTS COMPLAINT

FILED
2016 APR 28 PM 3 04

Use this form to make corrections to your complaint. For example, you may need to change the list of defendants to include a person whose name you did not know at the time you filed your lawsuit. If you are amending your complaint after the Court has issued a Section 1915A Ruling and Order, make sure that you do not include any claims or defendants that the Court has dismissed.

CASE NO. 3:16CV659-SRU

PLAINTIFF(S) [Write the name(s) of the person(s) complaining]

Swinton, Gregory

VS.

DEFENDANT(S) [Write the name(s) of all person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title and place of employment if you know it.]

Carson Wright

Northern Medical Center

Please complete every section and SIGN THE LAST PAGE.

### A. JURISDICTION

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities. Check **one**.

I can bring my complaint in federal court because I am suing:

1. ___✓___ State, county or city employees for violating my federal rights under 42 U.S.C. Sec. 1983; OR

2. _____ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

### B. PLAINTIFF(S) (THE PERSON(S) FILING THIS COMPLAINT)

If there are more than two plaintiffs, attach additional pages. Provide items a, b, and c for each additional plaintiff.

1. First Plaintiff
   a. Full Name: SWINTON, GREGORY D
   b. Inmate Number: 376927
   c. Correctional facility: NORTHERN C.I

2. Second Plaintiff
   a. Full Name:
   b. Inmate Number:
   c. Correctional facility:

### C. DEFENDANT(S) (THE PERSON(S) WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

Do not include any defendants who the Court has already dismissed from your case.

1. First Defendant
   a. Full Name: DR. CARSON WRIGHT
   b. Rank or Title: DOCTER
   c. Workplace: 287 BILTON RD SOMERS, CT 06071 / NORTHERN C.I

2. Second Defendant
   a. Full Name: MEDICAL CENTER OF NORTHERN C.I.
   b. Rank or Title: MEDICAL

Rev. 7-7-15

  c. Workplace: 287 BILTON RD SOMERS, CT 06071

3. Third Defendant

  a. Full Name:

  b. Rank or Title:

  c. Workplace:

4. Fourth Defendant

  a. Full Name:

  b. Rank or Title:

  c. Workplace:

5. Fifth Defendant

  a. Full Name:

  b. Rank or Title:

  c. Workplace:

6. Sixth Defendant

  a. Full Name:

  b. Rank or Title:

  c. Workplace:

D. **PREVIOUS LAWSUITS**

Tell the Court if any plaintiff has filed other state or federal lawsuits involving these defendants or events. If you need more space, attach additional pages.

1. First Lawsuit

  a. Court and Date filed: NONE

  b. Caption and Docket No.: NONE

  c. Briefly, what was this lawsuit about? NONE

  d. Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say? NONE

Rev. 7-7-15

2.  <u>Second Lawsuit</u>
    a.  Court and Date filed: NONE
    b.  Caption and Docket No.: NONE
    c.  Briefly, what was this lawsuit about? NONE
    d.  Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say? NONE

3.  <u>Third Lawsuit</u>
    a.  Court and Date filed: NONE
    b.  Caption and Docket No.: NONE
    c.  Briefly, what was this lawsuit about? NONE
    d.  Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say? NONE

E.   OTHER LAWSUITS

Tell the Court if any plaintiff has filed other federal lawsuits in this court within the past ten (10) years. If you need more space, attach additional pages. **Provide items a-d for each case.**

1. First Lawsuit

   a. Court and Date filed: U.S. COURTHOUSE  11/18/15
   b. Caption and Docket No.: SWINTON V. STATE OF JUDICIAL BRANCH
      3:15-CV-01695-SRU
   c. Briefly, what was this lawsuit about?

   MY EIGHTH AMENDMENT WAS VIOLATED BY THE JUDICIAL MARSHALS AND ST. VINCENTS.. I WAS SUBJECTED TO CRUEL AND DELIBERATE INDIFFERENCE.

   d. Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?

   THE MATTER IS STILL PENDING IN FRONT OF THE JUDGE

2. Second Lawsuit

   a. Court and Date filed:
   b. Caption and Docket No.:
   c. Briefly, what was this lawsuit about?


   d. Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?

3. Third Lawsuit

   a. Court and Date filed:
   b. Caption and Docket No.:
   c. Briefly, what was this lawsuit about?


   d. Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?

## STATEMENT OF CASE

1. THE PLAINTIFF HAVE EXHAUSTED THE DEPARTMENT'S ADMINISTRATIVE REMEDIE (WHICH ARE ATTACH TO THIS COMPLAINT) AGAINST THE DEPARTMENT OF NORTHERN C.I MEDICAL CENTER AND DENFENDANT DR. CARSON WRIGHT FOR VIOLATIONS OF MY EIGHTH AMENDMENT RIGHTS.

2. FOR (57 DAYS) THE PLAINTIFF Gregory Swinton WAS SUBJECTED TO CRUEL AND UNUSUAL PUNISHMENT BY DENFENDANTS DR. CARSON WRIGHT AND NORTHERN CORRECTIONAL MEDICAL DEPARTMENT, BY REFUSING THE PLAINTIFF Gregory Swinton HIS PROPER DIET MEAL DUE TO HIGH LEVELS OF FOOD ALLERGY'S.

3. THE PLAINTIFF Gregory Swinton STATED HIS ALLERGY'S TO (EGGS/SOY) AND SHOWED OUTSIDE DOCUMENTATION TO THE DENFENDANT DR. CARSON WRIGHT. DENFENDANT DR. CARSON WRIGHT REFUSED TO TRY TO ASSIST ME WITH MY ALLERGY DIET. BY DENFENDA

4. DR. CARSON WRIGHT AND THE MEDICAL DEPARTMENT OF NORTHERN REFUSING TO FEED THE PLAINTIFF Gregory Swinton PROPER

5. FOOD HE CAN EAT FOR (57 DAYS) PUT THE PLAINTIFF TO AN EXCESSIVE RISK OF HARM AND DELIBERATE —

6. INDIFFERENCE TO AN SERIOUS MEDICAL NEED OR SAFTY BECAUSE THE DENFENDANT'S DR. CARSON WRIGHT AND THE

7. MEDICAL DEPARTMENT OF NORTHERN C.I KNEW OF THE PLAINTIFF Gregory Swinton FOOD ALLERGY'S. BUT FAIL TO DO ANY

8. THING ABOUT THE SITUATION. AFTER SEVERL REQUEST'S AND REMEDIES FILED BY THE PLAINTIFF Gregory Swinton DENFENDAN

9. DR. WRIGHT, CARSON ORDER AN BLOOD TEST TO SEE IT I WAS ALLERGIC TO THE FOOD I STATED TO THEM. THIS WAS

10. Away for the denfendant to waste time to put the plaintiff Gregory Swinton back on a diet that he was already on. The blood test came back in the result were and are that I'm allergic to eggs/soy. So for 57 days I the plaintiff Gregory Swinton didn't eat because the food that was giving to him he is allergy too. The plaintift Gregory Swinton was subjected to cruel and deliberate indifference. At this time the plaintift Gregory Swinton seeking the following relief declaratory relief due to violation of my Eighth amendment rights, punitive damages

4/25/16
Plaintiff

Northern C.I
287 Bilton Rd
Somers, CT 06071

If you need more space, attach additional pages, but be as brief as possible.

### F. REQUEST FOR RELIEF

Tell the court what kind of relief you want. **Remember:** (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court-appointed attorney, if you had one; (3) You cannot use a Section 1983 or *Bivens* action to request release from custody, a reduction in your sentence, or a restoration of good time credits. For any of these, you must pursue a Writ of Habeas Corpus.

$25,000 INOFFICIAL CAPACITY OF DEFENDANT CARSON, WRIGHT $25,000 PUNITIVE DAMAGES, $25,000 COMPENSATORY DAMAGES, AND Declaratory relief / $75,000 TOTAL MONETARY COMPENSATION

### G. Do you wish to have a jury trial? Yes ✓  No _____

### H. DECLARATION UNDER PENALTY OF PERJURY

**Warning: You must sign this or your complaint will not be filed.**

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000. See 18 U.S.C. Sections 1621, 3571.

Signature: _____

Signed at Somers, CT  on 4/26/16
         (Location)              (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. The complaint cannot be filed without a signature from each plaintiff.

Rev. 10-5-15

I.  **FINAL INSTRUCTIONS**

WARNING: Your complaint will not be filed unless you complete each of these steps:

1. Sign the Declaration under Penalty of Perjury on p. 8.
2. Answer all questions on the complaint form.

Remember, the Clerk cannot file your complaint unless you take all of the steps above.

Rev. 10-5-15