UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREGORY SWINTON,<br>    Plaintiff, | :<br>:<br>: | CASE NO. 3:16-cv-659 (SRU) |
| v. | :<br>: | |
| CARSON WRIGHT, et al.,<br>    Defendants. | :<br>: | |

**RULING ON MOTION TO SUBPOENA WITNESSES**

    Gregory Swinton has filed a motion asking the Court to issue and serve subpoenas to enable him to depose three persons by oral examination.

    Although Swinton was permitted to file this case *in forma pauperis*, that status does not entitle him to discovery costs or litigation services. *See Riddick v. Chevalier*, 2012 WL 3289079, at *1 (D. Conn. Aug. 9, 2012); *see also, e.g.*, *Hawks v. Diina*, 2006 WL 2806557, at *4 (W.D.N.Y. Sept. 28, 2006) (holding that court may not authorize commitment of federal funds to underwrite discovery and litigation expenses of an indigent civil litigant's action); *Garraway v. Morabito*, 2003 WL 21051724, at *7 (N.D.N.Y. May 8, 2003) (informing *pro se* litigant that *in forma pauperis* status does not waive costs of litigation or discovery). Nor are the defendants responsible for financing Swinton's discovery costs. *See Doe v. United States*, 112 F.R.D. 183, 185 (S.D.N.Y. 1986). Swinton is not entitled to have the court serve deposition subpoenas on his behalf.

    Swinton's motion to subpoena witnesses [**Doc. # 21**] is **DENIED**. If he has sufficient funds to arrange for the depositions, he may notice and conduct the depositions in accordance

with Federal Rule of Civil Procedure 30.

**SO ORDERED** this 6th day of December 2016 at Bridgeport, Connecticut.

                                              /s/STEFAN R. UNDERHILL
                                             Stefan R. Underhill
                                             United States District Judge